**Carrie Marie TAYLOR, Appellant,**

v.

**Robert James TAYLOR, Respondent.**

**No. WD 47036.**

Missouri Court of Appeals,
Western District.

Aug. 31, 1993.

Paden, Welch, Martin & Albano, John W. Dennis, Jr., Independence, for appellant.

Michael E. Curley, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appellant appeals from an award of primary physical custody under an order of joint custody of her minor child to the Respondent.

The judgment is affirmed.